CIRCUIT COURT FOR CALVERT COUNTY
Kathy P. Smith
Clerk of the Circuit Court
175 Main Street
Prince Frederick, MD 20678
(410)-535-1660, TTY for Deaf: (410)-535-4392
(410) 535-1600 ext. 2395 or Toll Free: 1-888-535-0113

WRIT OF SUMMONS

Case Number: 04-C-09-001174 CN

CIVIL

First Development Group, LLC vs Corinthian Contractors, Inc.
STATE OF MARYLAND, CALVERT COUNTY, TO WIT:

    To: Corinthian Contractors, Inc.
Serve On: Resident Agent William B. Teague 1620 Stone Drive Huntingtow
    P.O. Box 7267
    Arlington, VA 22207

You are hereby summoned to file a written response by pleading or motion, within   60 days
after service of this summons upon you, in this Court, to the attached Complaint filed by:

    First Development Group, LLC
    1516 Jabez Run

    Millersville, MD 21108-

WITNESS the Honorable Chief Judge of the Seventh Judicial Circuit of
Maryland.

Date Issued:   08/21/09

_____
Kathy P. Smith
Clerk of the Circuit Court

TO THE PERSON SUMMONED:
1. PERSONAL ATTENDANCE IN COURT ON THE DAY NAMED IS NOT REQUIRED.
2. FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A
   JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

    * * * * S H E R I F F ' S   R E T U R N * * * *
Case Number: 04-C-09-001174
First Development Group, LLC vs Corinthian Con

Sheriff fee:_____   By:_____
Served:_____
Time:_____  Date:_____
Unserved (Reason):_____
Instructions to Private Process:
.. This summons is effective for service if served within 60 days after the date it is issued.
. Proof of service shall set out the name of the person served, date and
  the particular place and manner of service. If service is not made, please state the reasons.
. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126
. If this summons is served by private process, process server shall file a separate affidavit
  required by Rule 2-126(a).