IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| FIRST DEVELOPMENT GROUP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORINTHIAN CONTRACTORS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. RWT-09-2537 |

## DEFENDANT'S DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 103.3 of this Court, the undersigned counsel hereby certifies that Defendant Corinthian Contractors, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

Respectfully submitted,

CORINTHIAN CONTRACTORS, INC.
By Counsel

/s/_____
Timothy J. McEvoy (Bar No. 15292)
Cameron McEvoy PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant Corinthian Contractors, Inc.

US2000 11376333.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2009, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Mr. Michael P. Darrow
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
Counsel for Plaintiff

/s/_____
Timothy J. McEvoy (Bar No. 15292)
Cameron McEvoy PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
Counsel for Defendant Corinthian Contractors, Inc.